**Glenda Hassan**

**From:** Joshua A. Verde <josh@verde-law.com>
**Sent:** Wednesday, February 18, 2026 9:01 AM
**To:** Glenda Hassan
**Cc:** Fitzgerald, Monica A.; Shope, Robert D. (Bob)
**Subject:** 4:23-cv-3501; Hamilton v. NorthStar

**CAUTION - EXTERNAL**

Ms. Hassan,

The parties have reached a settlement in this case. We expect to file dismissal documents within sixty (60) days or less.

Thanks,
Josh

**Joshua A. Verde | Managing Member**



**BOARD CERTIFIED®**
Texas Board of Legal Specialization
LABOR AND EMPLOYMENT LAW

**THE VERDE LAW FIRM, PLLC**
**12012 Wickchester Lane, Suite 330**
**Houston, TX 77079**
713.909.4347 (Office)
713.588.2431 (Fax)

PRIVILEGED / CONFIDENTIAL: This email and any documents, files or previous email messages attached to it may contain information that is confidential or subject to attorney-client privilege and is for the sole use of the intended recipient(s).

NOTICE: Nothing in this email should be construed as to create an attorney-client relationship.

**If you have a time sensitive matter, please call, as email response may be delayed.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1