United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Mark Hamilton | § | |
|    Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action 4:23−cv−03501 |
| | § | |
| | § | |
| NorthStar Energy Services, Inc. | § | |
|    Defendant. | § | |

**ORDER OF DISMISSAL**

Signed on February 18, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge